UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO AMBRIZ, | Civil No. 10cv460 L(WMc) |
| Plaintiff, | **ORDER DENYING AS MOOT MOTION TO STRIKE AND TO DISMISS [doc. nos. 6, 9]** |
| v. | |
| ACCREDITED HOME LENDERS, INC., *et al.*, | |
| Defendants. | |

On May 28, 2010, defendants Vericrest Financial, Inc. fka The CIT Group and The Bank of New York Melon fka The Bank of New York filed a motion to strike portions of plaintiff's complaint, and on June 2, 2010, these defendants filed a motion to dismiss the complaint. Rather than respond to defendants' motions, plaintiff filed an amended complaint on June 17, 2010.

An amended complaint supersedes a prior complaint as a pleading. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997); *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990). Accordingly, when a plaintiff elects to file an amended complaint in conformity with Federal Rule of Civil Procedure 15(a), a district court may treat an existing motion to dismiss as moot.

Based on the foregoing, the Court **DENIES AS MOOT** defendants' motions to strike portions of the complaint [doc. #6] and to dismiss the complaint [doc. #9]. Defendants' motions

to dismiss the first amended complaint [doc. # 13] and to expunge lis pendens [doc. #14] remain set for hearing on August 23, 2010.

**IT IS SO ORDERED.**

DATED: July 6, 2010

M. James Lorenz
United States District Court Judge

COPY TO:

HON. WILLIAM MCCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL